

# IN THE
## TENTH COURT OF APPEALS

### No. 10-17-00172-CR

JAMES STANTON RUDOLPH,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2015-706-C2

## MEMORANDUM OPINION

James Stanton Rudolph filed a notice of appeal for his convictions for aggravated sexual assault of a child and indecency with a child. On February 15, 2018, the State filed a motion to dismiss the appeal as moot. The State informed this Court that the parties agreed to modify the terms of Rudolph's community supervision and that the trial court entered an order modifying the terms of community supervision on February 8, 2018. This Court requested a response from Appellant on the motion. Appellant filed a

response on February 22, 2018 agreeing that the trial court modified the conditions of his community supervision and thereby eliminating the error complained of on appeal. Appellant agreed that the modification rendered the appeal moot. Because the sole issue on appeal is moot, the motion to dismiss the appeal is granted, and the appeal is dismissed. Dismissal of the appeals would not prevent a party from seeking relief to which it would otherwise be entitled.


AL SCOGGINS
Justice


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed March 7, 2018
Do not publish
[CR25]

